# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMINGTON FRESH SALES, LLC, | CASE NO. CV F 09-2100 LJO JLT |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| RIGOBERTO A. FLORES, | |
| Defendant. | |

On February 23, 2010, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates, including the March 3, 2010 scheduling conference, are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:    February 24, 2010**           /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE